IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| In Re: ) | | Chapter 11 |
| ) | | |
| Hangar One, Inc., ) | | Case No. 06-10014-WHD |
| ) | | |
| Debtor. ) | | Judge Drake |
| ) | | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), Barbara Ellis-Monro, T. Hunter Jefferson and the law firm of Smith, Gambrell & Russell, LLP hereby enter their appearance as counsel on behalf of Osprey Capital, LLC ("Osprey"), in the above-styled case and further requests service of papers pursuant to Bankruptcy Rules 2002 and 3017(a). Osprey hereby puts all parties in interest on notice that it is represented by the undersigned and requests that the Clerk of the Court place the undersigned counsel on the Master Service List in this case and that all counsel of record provide the undersigned counsel with copies of all notices, pleadings and other filings made in the above-captioned matter including, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleadings or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. The Clerk and all counsel of record are requested to direct all written or telephone correspondence to the undersigned counsel at the following address or telephone number:

Barbara Ellis-Monro, Esq.
T. Hunter Jefferson, Esq.
Smith, Gambrell & Russell, LLP
Suite 3100, 1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Phone: 404-815-3500
Fax: 404-815-3509
Email: bellis-monro@sgrlaw.com
thjefferson@sgrlaw.com

Dated: January 30, 2006

                                        SMITH, GAMBRELL & RUSSELL, LLP

                                        By: /s/Barbara Ellis-Monro
                                            Barbara Ellis-Monro
                                            Georgia Bar No. 246117
                                            T. Hunter Jefferson
                                            Georgia Bar No. 389998

Suite 3100, Promenade II
1230 Peachtree Street NE
Atlanta, Georgia 30309-3592
Telephone: 404-815-3500

Attorneys for Osprey Capital, LLC

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of Notice of Appearance and Request for Notices by placing a copy of same in the United States Mail with adequate postage affixed thereon to insure delivery to the following:

Hangar One, Inc.
635 Regional Airport Road
Carrollton, Georgia 30117

William Russell Patterson, Esq.
Ragsdale Beals Hooper & Seigler, LLP
229 Peachtree Street, N.E.
Suite 2400
Atlanta, Georgia 30303-1629

Office of the U.S. Trustee
75 Spring Street, S.W.
Suite 362
Atlanta, Georgia 30303

Mark L. Golder, Esq.
Lynn L. Carroll, Esq.
Siegel & Golder, P.C.
5605 Glenridge Drive
Suite 690, One Premier Plaza
Atlanta, Georgia 30342

This 30th day of January, 2006.

SMITH, GAMBRELL & RUSSELL, LLP

By: /s/Barbara Ellis-Monro
    Barbara Ellis-Monro
    Georgia Bar No. 246117
    T. Hunter Jefferson
    Georgia Bar No. 389998

Suite 3100, Promenade II
1230 Peachtree Street NE
Atlanta, Georgia  30309-3592
Telephone: 404-815-3500

Attorneys for Osprey Capital, LLC

CORP\1150915.1